WILLIAM J. LODER v. HAMILTON LITTLEFIELD.

*Certiorari.*

A circuit court commissioner's power to allow certiorari is statutory and may even be used where the proceedings took place outside of the county.

Motion to dismiss writ of certiorari.   Submitted and denied October 15.

*S. B. Gaskill* and *W. W. & M. N. Stickney* for the motion.

*G. C. Wattles* against.

PER CURIAM.   A certiorari may be allowed by a circuit court commissioner although the proceedings did not occur in his county.   His authority in this matter is statutory and does not belong to his ordinary chamber duties in matters within the county.